# ELECTRONIC RECORD

COA #  01-13-00984-CR          OFFENSE:  19.03 (Capital Murder)

STYLE:  Charles Henry Jones v. The State of Texas          COUNTY:  Harris

COA DISPOSITION:  AFFIRM          TRIAL COURT:  339th District Court

DATE: 01/13/2015          Publish: YES     TC CASE #:  1163962

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Charles Henry Jones v. The State of Texas          CCA #:  174-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _04/29/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD